✓ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 22 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br>1. Armando Pablo Ochoa and<br>2. Ryan Pearson,<br><br>　　　　　Defendants. | NO.　CR-18-01169-PHX-DLR (ESW)<br><br>**INDICTMENT**<br><br>VIO:<br>　　18 U.S.C. § 1951(a)<br>　　(Hobbs Act Robbery)<br>　　Count 1<br><br>　　18 U.S.C. § 924(c)(1)(A)(i),<br>　　(ii), and (iii)<br>　　(Use of a Firearm During a<br>　　Crime of Violence)<br>　　Count 2<br><br>　　18 U.S.C. § 1168(b)<br>　　(Theft by Employees of Gaming<br>　　Establishment on Indian Land)<br>　　Count 3 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about July 17, 2018, in the District of Arizona, the defendants, ARMANDO PABLO OCHOA and RYAN PEARSON did unlawfully obstruct, delay and affect commerce (defined in 18 U.S.C. Section 1951(b)) and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. Section 1951(b), in that the defendants did unlawfully take and obtain personal property consisting of money from the presence of the possessor of the property of Mazatal Casino, located at Highway 87, Mile Marker 251, Payson, Arizona, against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person

and the property in the custody of the possessor.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT 2

On or about July 17, 2018, in the District of Arizona, the defendants, ARMANDO PABLO OCHOA and RYAN PEARSON did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a), as alleged in Count 1, a felony prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii), and (iii).

## COUNT 3

On or about July 17, 2018, in the District of Arizona, the defendants, ARMANDO PABLO OCHOA and RYAN PEARSON, employees of the Mazatal Casino, a gaming establishment operated by or for or licensed by an Indian tribe pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, located on the Tonto Apache Indian Reservation, did take and carry away with intent to steal any moneys, funds, assets, or other property of such establishment of a value in excess of $1,000.00.

In violation of Title 18, United States Code, Section 1168(b).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: August 22, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

s/
ANTHONY W. CHURCH
Assistant U.S. Attorney